EGAN v. BOARD OF EDUCATION OF CITY OF NEW YORK.

(Supreme Court, Appellate Term. July 1, 1910.)

COURTS (§ 189*)—SUBMISSION OF CONTROVERSY—MUNICIPAL COURTS—REQUISITES OF STATEMENT—AFFIDAVIT.

Under Municipal Court Act (Laws 1902, c. 580) § 241, providing for the submission of a controversy upon an agreed statement of facts, accompanied by an affidavit of one or more of the parties showing that such controversy is a real one, the trial court is without jurisdiction to render judgment, where a controversy is submitted on a statement of facts unaccompanied by the prescribed affidavit.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 189.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by James J. Egan against the Board of Education of the City of New York. Judgment for plaintiff, and defendant appeals. Reversed and remanded.

Argued before SEABURY, GUY, and BIJUR, JJ.

Archibald R. Watson (Theodore Connoly and Charles McIntyre, of counsel), for appellant.

Nathan B. Chadsey, for respondent.

PER CURIAM. The attorneys for the respective parties herein, after issue was joined by the filing of verified pleadings, signed a stipulation embodying a so-called "statement of facts," and submitted the case thus made to the court below for decision; and from a judgment rendered in favor of the plaintiff, the defendant appeals.

The court below was wholly without jurisdiction to render judgment under such circumstances. Section 241 of the Municipal Court act (Laws 1902, c. 580) provides for a submission of a controversy upon an agreed statement of facts; but such statement must be accompanied by an affidavit of one or more of the parties showing that such controversy is a real one, and no such affidavit is furnished in the case at bar. Lax v. Fourteenth Street Store, 49 Misc. Rep. 627, 97 N. Y. Supp. 396; Weinstein v. Douglas, 51 Misc. Rep. 559, 101 N. Y. Supp. 251; Neustaedter v. Weiner, 57 Misc. Rep. 643, 108 N. Y. Supp. 650.

Judgment reversed, without costs, and a new trial ordered.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes